Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED
RECEIVED ___ COPY
JUL 0 1 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Gabriel Alexander Gamper )
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
Dish Network (Echosphere) )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No.   **CV-19-04604-PHX-GMS**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRCiv 5.4_
(Rule Number/Section)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name            Gabriel Alexander Gamper
   Street Address  5618 S. 5th Dr.
   City and County Phonix, Maricopa
   State and Zip Code  Arizona 85041
   Telephone Number  (650) 245-2152
   E-mail Address   ggamper21@gmail.com

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: John Davis
- Job or Title (if known): GM
- Street Address: 4811 E. Thistle Dr.
- City and County: Phoenix
- State and Zip Code: AZ 85044
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Chris Mear
- Job or Title (if known): Sales Manager
- Street Address: 4811 E. Thistle Dr.
- City and County: Phoenix
- State and Zip Code: AZ 85044
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts *(specify)*: Failure to accommodate religious practices

*Manager gave wrong work schedule and did not allow the original schedule he stated. I could not work the day that he misinformed us and I chose the previously stated schedule because of my religious study schedule. Nothing was done to remedy the situation in a just manner.*

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
2-21-18

C. I believe that defendant(s) *(check one)*:
N/A
- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☐ gender/sex
- ☒ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/30/18

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Gabriel Gamper

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

REC'D EEOC
DEC 03 2018
PXDO

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

| | |
|---|---|
| **Personal Information** | First Name: Gabriel  MI: A  Last Name: Gamper<br>Address: 5618 S. 5th Dr.  Apt.: ___<br>City: Phoenix  County: Maricopa  State: AZ  Zip Code: 85041<br>Phone: (650) 245-7152  Home ☐ Work ☐ Cell ☒  Email: ggamper21@gmail.com |
| **Who do you think discriminated against you?** | Employer ☒  Union ☐  Employment Agency ☐  Other Organization ☐<br>Organization Name: Dish Network (Echosphere)<br>Address: 4811 E. Thistle Landing Dr.  Suite: ___<br>City: Phoenix  State: AZ  Zip Code: 85044  Phone: ___ |
| **Why you think you were discriminated against?** | Race ☒  Color ☐  Religion ☒  Sex ☐  National Origin ☐  Age ☐<br>Disability ☐  Genetic Information ☐  Retaliation ☐  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of most recent job action you think was discriminatory: February 20th, 2018<br>Also describe briefly each job action you think was discriminatory and when it happened (estimate). I was denied an accommodation I needed to perform my job. I was given my new position work schedule from ISM Chris Mears + GM John Davis. They both told me that my days off would be Wednesdays + Saturdays. I picked that schedule due to my religious practices. When my shift occurred, I did not have Wednesdays off, I had Tuesdays off. I tried to speak with them but they would not sufficiently accom... |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: ___  Date: 12-3-18 |

# Time Off Management

## Absence History

Absence Details for the year: 2018    Absence Type: PTO

### Absence History Details

| Date | Hours | Absence Type | Status | Rem |
|---|---|---|---|---|
| 12-Feb-2018 | 8 | PTO | Approved | |
| 26-Jan-2018 | 10 | PTO | Approved | |
| 20-Jan-2018 | 5 | PTO | Approved | |
| 13-Jan-2018 | 4 | PTO | Approved | |
| 12-Jan-2018 | 10 | PTO | Approved | |
| 08-Jan-2018 | 4 | PTO | Approved | |

## Request Time Off

- ◉ PTO
- ○ Unpaid
- ○ Jury Duty
- ○ Bereavement

Start Date: 21-Feb-2018
End Date: 21-Feb-2018
Total Hours: 2

*I submitted for this time off and it was approved. My manager approved without even asking me about the situation.*

Comments: Requesting 6:30pm-8:30pm due to Religious studies and being misinformed of my schedule by ISM.

☑ I have reviewed total number of hours requested

[ Submit for Approval ]   [ Cancel Request ]

E-mails to HR about why I left Dish. I have voice recordings as well if needed.

3.) Hello again. I understand that you cannot send me the email that was promised by you earlier. This is exactly the reason that I had let you know why I do not feel safe or protected at Dish. It's ok, this has nothing to do with you, it is between Dish management and myself. This is why Dish has been sued and lost various lawsuits. It is the unethical behaviors and attitudes that come from the top down in the organization. It is about money at any cost when it comes to Dish. I love the product, I just despise the management. I know that many uppers at Dish are reading this email and to them I say, you reap what you sow. May you all be Blessed regardless. Thanks for doing a great job Allison, for you seem to be a true kind person. Take care always and I wish nothing but great things for you.

P.S. God loves everyone.
Even the unjust. Blessings
ALWAYS!

2.) On Feb 21, 2018 3:17 PM, "Gabriel Gamper" <ggamper21@gmail.com> wrote:
That's ok. I give you permission to send what you read to me that you wrote down about our communication. I will then send you any additions or discrepancies, ok?

Gabriel Alexander Gamper
(650) 245-2152

1.) On Feb 21, 2018 3:06 PM, "Mathis, Allison" <ALLISON.MATHIS@dish.com> wrote:
Hi Gabriel,

I was thinking about it, and it might be better for you to send me a copy of your own statement. That way it is in your own words and I don't miss anything you want to include. I'll put it in your file so our official records show your concerns.

Kind regards,

**Allison Mathis** | Human Resources Advisor
Allison.Mathis@dish.com | 480-893-4820

When I spoke to Allison, before this e-mail, she told me to tell her all my complaints, as she was writing everything in full, to put in my records. She did not follow up with her promise. Management & HR are known for this at Dish. This is why I did not trust them to help resolve the situation, like was promised to me. How could anyone work for an untrustworthy organization? To me, and many others, it is very sad and Dish has had numerous lawsuits, which they lost, due to this type of behavior and this type of conduct. I wish them well regardless.

Gabriel A. Gamper
[signature]

My name is Amza Page.

I worked with Gabriel at Dish Network. I was there when they promised him a schedule that fit with his religious obligations. The new schedules were given before making the transition to the retention dept. At this point, after 3 months with the company, I saw management talk down to sales agents, and some sales leads left because of the hostile environment. I left the company shortly after Gabriel left because of the unethical practices and hostile environment. Chris Mear nor John Davis did nothing to remedy the situation or even admit to giving Mr. Gamper the wrong information about his schedule when Mr. Gamper asked each of them. HR wouldn't even offer a solid solution and I know Gabriel would have never agreed to the schedule he was given after training because it conflicted with his religious obligation. I've heard derogatory remarks from management and if there is a history of a high turn around, maybe it's not the employees. Mr. Gamper is a hard worker and I was glad to have worked with him. I believe Gabriel and myself made the right choice to leave Dish to pursue a career with an ethical practice. I am in hopes that my words do not fall on deaf ears and that you would side with ethical over unethical. Thank you for your consideration.

Best regards,

Amza Page – 07/18/2018
760-500-2605
page11ny@gmail.com

July 12, 2018

To whom it may concern,

My name is Lisa Whalen I worked at Dish Network in the sales department and was promoted to retention agent along with Gabe. We were told that our schedule was off on Wednesday and Saturdays 11:00 -8:00 pm. After our training was completed we went on to our teams and was surprised that our schedule was changed without notification. That was an issue with some of our coworkers such as Gabriel who specifically chose the schedule due to religious reasons, they would not accommodate him for a schedule change even though he informed them for the that specific reason.

Best Regards,

Lisa Whalen
480-606-2098
Sent from my iPhone

# RETENTION CALL FLOW

## INTRODUCTION

- Use the standard greeting, including where your center is located. Customers want to know that they are speaking to s...
- "Thanks for holding, my name is _____ and I'm an account specialist in _____. How may I help you?"
- Let the customer speak. Allow the customer to explain why they are calling in. Afterwards, gather their information to p...

## DETERMINE REASON FOR CALLING (CUSTOMER NEEDS)

- Once the customer states his/her issue that they need addressed, own any issues the customer is upset about and show... flow below, depending on their issue.

### WANTS TO DISCONNECT

- Once the customer states their reason for wanting to disconnect, follow up with:
  - "I hear you, and I apologize for [repeat the customer issue]. We pride ourselves on our ability to listen to our customers and solve problems. I'd really like to have the chance to make this right for you today."
  - Once you state the above, move on to the Provide Resolution section.
- If the customer does not state their reason for wanting to disconnect, follow up with:
  - "I'm sorry to hear that you're looking to disconnect but we're going to get this resolved. I'm looking at your account and I see that you've been with us for ___ years. Can you tell me a bit more about what happened to make you change your mind?"
  - Once they explain their reasoning for wanting to disconnect, show empathy and move to next bullet.
- If the customer refuses to discuss and insists on disconnecting respond with the following:
  - "Okay, don't worry. I've already started the process. We're going to take care of this for you."
  - Once you state the above, collect required disconnect information (address for return boxes and final bill, location of dish on house, etc.)
  - If customer provides information that gives another save opportunity, attempt to save. If not, move on to the Disclosures and Disconnecting section.

### BEST VALUE

- If the customer says that they are unhappy with their price or feel like they aren't getting the best value, say:
  - "I hear that you feel like you're not getting your money's worth, and here at DISH we really pride ourselves on having the best price and value, so let's work together to find a solution for you."
  - Move on to the Provide Resolution section and start by doing a personalized account review for the customer (right-size).

### CREDIT ROLL OFF

- If the customer is upset because their bill went up due to a credit roll off:
  - "I know that it's never fun to have your bill go up when you weren't expecting it. Let's look at what happened."
  - Explain the roll off and then state "Now that your credits have rolled off, let's find a long term solution for you."
  - Once you state the above, move on to the Provide Resolution section.

[third column partially cut off]
- If the c... about... to dri... under... to cal...
- "No... acco... a m... can... you... com...
- Once... want... and...
- If the... under... up wit...
- hea... chan... today...
- Once... the P...
- Proactiv... accoun... if applic...

## PROVIDE RESOLUTION (RIGHT-SIZE)

### A) PERSONALIZED ACCOUNT REVIEW
CAN BE COMBINED W/ PREFERRED CUSTOMER OFFER

### B) PREFERRED CUSTOMER OFFER
IF ELIGIBLE

---

*Handwritten annotation (with arrow pointing to "If the customer refuses to discuss and insists on disconnecting" section):*

This was not the case at all. Management had us harass the customer to keep our product and if they refused we were told to keep the customer on the line for 15 minutes (at least). This was in order to make it look as though we went through all [options (even though we already did)] also to make mgmt. [cut off]